**[J-58-2016] [MO: Wecht, J.]**

# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 709 CAP |
| | : | |
| Appellee | : | Appeal from the Judgment of Sentence |
| | : | imposed on October 9, 2014 in the |
| | : | Court of Common Pleas, York County, |
| v. | : | Criminal Division at No. CP-67-CR- |
| | : | 0006857 |
| | : | |
| TIMOTHY MATTHEW JACOBY, | : | SUBMITTED:  May 10, 2016 |
| | : | |
| Appellant | : | |

## CONCURRING AND DISSENTING OPINION

**JUSTICE DONOHUE**                                    **DECIDED:  September 28, 2017**

I join the Majority's reasoning and disposition with respect to all of Jacoby's issues, except with respect to part VIII, on which I join in Chief Justice Saylor's Dissenting Opinion with respect to the denial of Jacoby's request for a *Frye* hearing on the subject of Y-STR DNA testing.  For this reason, I would reverse the trial court's ruling.